1
2
3
4
5
6              **IN THE UNITED STATES DISTRICT COURT**
7                 **FOR THE DISTRICT OF ARIZONA**
8
9    Lorrie DeOrio,                          No. CV-20-02177-PHX-SRB
10                  Plaintiff,               **ORDER**
11   v.
12   Town of Gilbert, et al.,
13                  Defendant.
14
15         The Court having received and considered the parties' third stipulation to the extend
16   the time in which Plaintiff has to file a Bill of Costs and Motion for Attorney Fees, and
17   good cause having been shown,
18         IT IS ORDERED granting the stipulation. (Doc. 162) Plaintiff shall have until
19   September 22, 2023 in which to file a Bill of Costs and Motion for Attorney Fees.
20
21         Dated this 18th day of September, 2023.
22
23
24
25   _____
                        Susan R. Bolton
26                 United States District Judge
27
28